UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          **ORDER**
                            Criminal File No. 03-0333(MJD/JSM)

(1) BRIAN MOLSTAD,

      Defendant.

_____

This matter is before the Court upon Defendant's letter request to modify his conditions of probation. The Court has reviewed the Defendant's request, and based on that request, together with the file and proceedings herein, the Defendant's request must be denied.

IT IS HEREBY ORDERED that Defendant's request to modify his conditions of probation are DENIED.

Dated: February 4, 2008                      s / Michael J. Davis
                                                             Judge Michael J. Davis
                                                             United States District Court